UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
MILWAUKEE ELECTRIC TOOL CORPORATION,                                    :
                                                                        :
                                Plaintiff,                              :
                                                                        :   24-CV-1911 (JMF)
        -v-                                                             :
                                                                        :   ORDER
MAERSK A/S,                                                             :
                                                                        :
                                Defendant.                              :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's June 14, 2024 Order, ECF No. 11, the parties were required to file a Joint Pretrial Order, the contents of which are described therein and in the Court's Individual Rules and Practices, by January 13, 2025. To date, the parties have failed to comply. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **January 21, 2025**. The parties are admonished that failure to file a Joint Pretrial Order by that date may result in sanctions, including dismissal of this case for failure to prosecute.

       SO ORDERED.

Dated: January 14, 2025
       New York, New York

                                                 JESSE M. FURMAN
                                            United States District Judge