

CHALOS & CO. P.C.
International Law Firm _____
55 Hamilton Avenue, Oyster Bay, New York 11771
TEL: +1-516-714-4300   FAX: +1-516-750-9051   WEB: www.chaloslaw.com   EMAIL: info@chaloslaw.com

January 21, 2025

**Via Electronic Filing**

Honorable Jesse M. Furman
United States District Court
40 Foley Square, Courtroom 1105
New York, New York 10007

    Re:    **Milwaukee Electric Tool, Corporation v Maersk A/S**
            **Case No. 1:24-cv-01911**
            **Letter Request for Extension of Time**

Dear Judge Furman -

    Plaintiff Milwaukee Electric Tool, Corporation (hereinafter "Plaintiff") and Defendant Maersk A/S (hereinafter "Defendant") provide the following letter motion request for an extension of time to provide the Court with a Joint Pretrial Order and further status report. Counsel for Plaintiff was unable to attend his office today, January 21, 2025 due to inclement winter weather in Houston, Texas from Winter Storm Enzo. In addition, counsel is required to attend pre-set arbitration hearings on Wednesday and Thursday of this week. Accordingly, after consultation with counsel for Defendant, the parties respectfully request a further adjournment of the deadline to submit pretrial order submission to Friday, January 24, 2025. Furthermore, following a series of communications and good faith negotiations last week, updated attorney recommendations for resolution have been submitted to the respective principals and counsel are awaiting instructions in response.

    We thank the Court for its time, consideration, and attention to this matter.

                      Respectfully submitted,

                      CHALOS & CO, P.C.

                      Briton P. Sparkman

2

**cc: <u>Via Email</u>**

FREEHILL HOGAN & MAHAR LLP
William J. Pallas, Esq.
pallas@freehill.com
80 Pine Street, 25th Floor
New York, New York 10005-1759

*Counsel for Defendant Maersk A/S*

Application GRANTED.  The Clerk of Court is directed to terminate ECF No. 17.

SO ORDERED.

January 21, 2025